Tyson E. Hafen (UT Bar No. 14188)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax:  702.385.6862
E-Mail:  tehafen@duanemorris.com

WILLIAM M. GANTZ (*pro hac vice* forthcoming)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
T: 857.448.4234; F: 857.401.3026
Email:  BGantz@duanemorris.com

Attorneys for Defendant *WOOPLA INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KYLE BECKSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOOPLA INC.<br><br>Defendant. | Case No.:  1:25-cv-00187-RJS<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT WOOPLA INC. TO RESPOND TO COMPLAINT AND EXTENDED BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Defendant WOOPLA Inc. ("Defendant"), by and through its counsel, Tyson E. Hafen of

DUANE MORRIS LLP, and plaintiff Kyle Beckstrom ("Plaintiff"), by and through his counsel,

David W. Scofield of Peters | Scofield, A Professional Corporation, hereby stipulate, pursuant to

DUCivR 7-1(a)(5), to extend the time for Defendant to respond to Plaintiff's complaint [ECF

No. 1], which response is currently due April 13, 2026, up to and including **April 27, 2026**.

The parties further stipulate that Plaintiff's response(s) to Defendant's forthcoming

responsive pleading(s) shall be due on **May 27, 2026**, and Defendant's reply(ies) in support of its

1

responsive pleading(s) shall be due on **June 26, 2026**.  This stipulation is filed in good faith and

not intended to cause delay.

DATED this 10th day of April 2026.

PETERS | SCOFIELD
*A Professional Corporation*


/s/ David W. Scofield
DAVID W. SCOFIELD
Attorneys for Plaintiff
*(signed by filing attorney with permission of
Plaintiff's attorney)*

DUANE MORRIS LLP


By:  /s/ Tyson E. Hafen
Tyson E. Hafen (UT Bar No. 14188)
William M. Gantz (*pro hac vice* forthcoming*)*

Attorneys for Defendant *WOOPLA INC.*

2

DM1\20918548.5