Tyson E. Hafen (UT Bar No. 14188)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax:  702.385.6862
E-Mail:  tehafen@duanemorris.com

WILLIAM M. GANTZ (*pro hac vice* forthcoming*)*
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
T: 857.448.4234; F: 857.401.3026
Email:  BGantz@duanemorris.com

Attorneys for Defendant *WOOPLA INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KYLE BECKSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOOPLA INC.<br><br>Defendant. | Case No.:  1:25-cv-00187-RJS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT WOOPLA INC. TO RESPOND TO COMPLAINT AND EXTENDED BRIEFING SCHEDULE** |

The parties, having filed a stipulated motion for extension of time for Defendant Woopla Inc. to respond to the complaint and extended briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

That the requested extension is GRANTED and the parties' extended briefing schedule, as outlined in the stipulation, is APPROVED.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

1

DM1\20920152.2