Docusign Envelope ID: CB2C034B-0B42-42D7-B45B-7DF9CAD8599D

Tyson E. Hafen (UT Bar No. 14188)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax: 702.385.6862
E-Mail:  tehafen@duanemorris.com

WILLIAM M. GANTZ (*pro hac vice*
forthcoming*)*
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
T: 857.448.4234; F: 857.401.3026
Email:  BGantz@duanemorris.com


Attorneys for Defendant Woopla, Inc.


## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KYLE BECKSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOOPLA INC.,<br><br>Defendant. | Case No.: 1:25-cv-00187-RJS<br><br><br>**DECLARATION OF JOHN XIDOS IN SUPPORT OF DEFENDANT WOOPLA, INC.'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT** |

I, JOHN XIDOS, on oath depose and state as follows:

1.  I am the founder of Woopla, Inc. ("Woopla), and in this capacity, I am familiar with the corporate and organizational structure as well as the operations of Woopla.

2.  I provide this Declaration in support of Woopla's Motion to Dismiss the claims asserted by Plaintiff Kyle Beckstrom ("Plaintiff") against Woopla for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

Docusign Envelope ID: CB2C034B-0B42-42D7-B45B-7DF9CAD8599D

3.      I am over eighteen years old and capable of testifying as to the facts set forth in this Declaration based on my own personal knowledge.

4.      Woopla is a Delaware corporation with its principal place of business in Canada.

5.      Woopla's corporate executives have been and continue to be based outside of Utah.

6.      Woopla's corporate executives have maintained and continue to maintain their offices outside of Utah.

7.      Woopla's corporate executives have performed and continue to perform their primary duties and job functions outside of Utah.

8.      Woopla does not have any employees who reside in or work from the State of Utah.

9.      Woopla has no physical presence in the State of Utah and owns no property in the State of Utah.

10.     Woopla is not registered to do business in the State of Utah.

11.     Woopla does not target or direct any of its marketing or other business activities specifically towards Utah residents.

12.     Woopla has never placed any advertisements in Utah media outlets or otherwise specifically targeted Utah residents with advertisements.

13.     Woopla offers customers the ability to access its free-to-play social games online designed solely for amusement and entertainment through the following URL: funzpoints.com

*[signature page follows]*

Docusign Envelope ID: CB2C034B-9B42-42D7-B45B-7DF9CAD8599D

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __26__ day of April 2026

DocuSigned by:

*John Xidos*

2E230DF2C91347B...

Name: John Xidos

Title: Founder

Woopla, Inc.

DM1\20962033.1