IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KYLE BECKSTROM,<br><br>     Plaintiff,<br><br>  v.<br><br>WOOPLA, INC.,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>No. 1:25-cv-00187-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Judgment is entered in favor of Defendant.


SO ORDERED this 13th day of July, 2026.


BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge